IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02208-LTB-BNB

MARIE C. GALLAGHER, trustee for Daniel H. Gallagher Trust,

Plaintiff,

v.

TRAVELERS LIFE AND ANNUITY COMPANY, a/k/a METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT d/b/a METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend Complaint** [docket no. 15, filed January 17, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the Amended Complaint, docket entry no 11 and its attachments. Defendant has twenty days from the date of this Order to file its responsive pleading.


DATED: January 17, 2007