**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-02208-LTB-BNB

MARIE C. GALLAGHER, as Trustee of the Daniel H. Gallagher Trust,

    Plaintiff,

v.

TRAVELERS LIFE AND ANNUITY COMPANY a/k/a and/or d/b/a
METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

    THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 35 - filed January 17, 2008), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                             BY THE COURT:


                                             s/Lewis T. Babcock
                                             Lewis T. Babcock, Judge

DATED:   January 18, 2008